# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br><br>Six United States Postal Service Priority Mail parcels, currently in the custody of the United States Postal Inspection Service | Case No. 5:24-MJ-00289 |

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

*See Attachment A*

located in the Central District of California, there is now concealed *(identify the person or describe the property to be seized)*:

*See Attachment B*

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☒ evidence of a crime;

☒ contraband, fruits of crime, or other items illegally possessed;

☒ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), 846 and 843(b) | See attached affidavit |

The application is based on these facts:

*See attached Affidavit*

☒ Continued on the attached sheet.

_____
*Applicant's signature*

USPIS Postal Inspector Anthony Herrera
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: _____

_____
*Judge's signature*

City and state: <u>Riverside, CA</u>   Honorable Sheri Pym, U.S. Magistrate Judge
*Printed name and title*

AUSA: Mitchell M. Suliman (951-276-6026)

**AFFIDAVIT**

I, Anthony Herrera Jacobs, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of an application for a warrant to search six United States Postal Service ("USPS") Priority Mail parcels, currently in the custody of the United States Postal Inspection Service ("USPIS"), as described more fully in Attachment A ("SUBJECT PARCEL 1" through "SUBJECT PARCEL 6," and, collectively, the "SUBJECT PARCELS"). The requested search warrant seeks authorization to seize evidence, fruits, and instrumentalities of violations of Title 21, United States Code, Sections 841(a)(1) (distribution and possession with intent to distribute a controlled substance); 846 (conspiracy to distribute or possess with intent to distribute a controlled substance); and 843(b) (unlawful use of a communication facility, including the mails, to facilitate the distribution of a controlled substance) (collectively, the "SUBJECT OFFENSES"), as described more fully in Attachment B. Attachments A and B are incorporated by reference into my affidavit.

2. The facts set forth in this affidavit are based on my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all of my knowledge of or investigation

into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are relayed in substance and in part only.

## II. **INTRODUCTION**

3.  I am a United States Postal Inspector employed by the USPIS.  I joined USPIS in August 2003.  I am currently assigned to the USPIS Los Angeles Division, Narcotics Team and Parcel Task Force, which is responsible for investigating drug trafficking organizations that use parcels to distribute illegal narcotics and/or narcotics proceeds.  As part of my law enforcement duties, I have conducted over 150 parcel investigations that have resulted in the arrest of individuals who have received and distributed controlled substances, as well as the seizure of 750 parcels containing approximately 80 kilograms of fentanyl, 97 kilograms of cocaine, 613 kilograms of methamphetamine, 10 pounds of heroin, and 5 gallons of PCP.  I have written over 240 search warrants on parcels and residences resulting in currency seizures of over $3 million dollars in drug proceeds.  I have used cooperating defendants in purchases of controlled buys in furtherance of federal cases.  Many of these federal cases involved the search and seizure of digital devices during the investigations.

4.  I have completed a twelve-week Postal Inspector basic training course, which included training how to investigate narcotics trafficking via the United States Mail.  I also have completed an advanced training course designed for training investigators concerning narcotics mailers and shippers.

## III. **BACKGROUND, TRAINING AND EXPEREINCE REGARDING THE TARGET OFFENSES**

5. Based on my training and experience as a Postal Inspector, and the experiences relayed to me by fellow Postal Inspectors who specialize in drug investigations, I declare as follows:

    a. Postal Inspectors have been conducting investigations of drug trafficking via USPS Express Mail and Priority Mail since the mid-1980s. In the early 1990s, Postal Inspectors in Los Angeles, California, and surrounding regions such as the High Desert/Low Desert areas that include Riverside and San Bernardino Counties, began conducting organized interdictions of Priority Mail Express and Priority Mail parcels suspected of containing controlled substances and proceeds from the sale of controlled substances. Postal Inspectors also regularly examined and investigated Priority Mail Express and Priority Mail parcels. During the 1990s, Postal Inspectors observed that the trend was for drug traffickers to send controlled substances and proceeds from the sale of controlled substances, in the form of cash, using boxes.

    b. Although Postal Inspectors still see the use of boxes for controlled substances and cash, there has been a gradual change over the years toward the current trend of using smaller boxes, flat cardboard envelopes, and Tyvek envelopes, with proceeds from the sale of controlled substances converted to money orders. By using money orders, drug traffickers are able to send large dollar amounts in compact form, using much

3

smaller conveyances, which lend a sense of legitimacy to the parcel.

        c.    The San Bernardino County and Riverside County areas (collectively, the "Inland Empire") are a significant source area for controlled substances.  Controlled substances are frequently transported from the Inland Empire area via the United States Mail, and the proceeds from the sale of controlled substances are frequently returned to the Inland Empire area via the United States Mail.  These proceeds are generally in the form of money orders, bank checks, or similar monetary instruments in an amount over $1,000.  Based on my training and experience, I know that proceeds from the sale of controlled substances often contain the odor of controlled substances because they have been contaminated with or associated with the odor of one or more controlled substances.

        d.    Drug traffickers often use one of two USPS services: Priority Mail Express, which is the USPS overnight/next day delivery mail product, or Priority Mail Service, which is the USPS two-to-three-day delivery mail product.  Drug traffickers use the Priority Mail Express delivery service because of its speed, reliability, and the ability to track the article's progress to the intended delivery point.  Drug traffickers use the Priority Mail delivery service because it allows drug traffickers more time for travel between states if they decide to follow a shipment to its destination for distribution.  Also, by adding delivery confirmation to a Priority Mail parcel, drug traffickers have the ability to track

4

the article's progress to the intended delivery point, as if the parcel had been mailed using the Priority Mail Express Service.

6. Based on my training and experience, and the collective experiences relayed to me by fellow Postal Inspectors who specialize in investigations involving the mailing of controlled substances and proceeds from the sale of controlled substances, I know that the following indicia suggest that a parcel may contain drugs or drug trafficking proceeds:

 a. The parcel is contained in a box, flat cardboard mailer, or Tyvek envelope.

 b. The parcel bears a handwritten label, whether USPS Priority Mail Express or Priority Mail.

 c. The handwritten label on the parcel does not contain a business account number.

 d. The seams of the parcel are all taped or glued shut.

 e. The parcel emits a particular odor of a cleaning agent or adhesive or spray foam that can be detected by a human; and

 f. Multiple parcels are mailed by the same individual, on the same day, from different locations.

7. Parcels exhibiting some of these characteristics are the subject of further investigation, which may include verification of the addressee and return addresses and examination by a trained drug detection dog.

8. I know from my experience and training that drug traffickers often use fictitious or incomplete names and/or

5

addresses in an effort to conceal their identities from law enforcement officers investigating these types of cases and suspicious parcels. Indeed, it is my experience that to the extent real addresses are ever used it is only to lend a legitimate appearance to the parcel and is almost always paired with a false name.

## IV. STATEMENT OF PROBABLE CAUSE

### A. Initial Investigation of the SUBJECT PARCELS

9. On July 3, 2024, I identified the SUBJECT PARCELS at the San Bernardino Distribution and Processing Center, during routine parcel profiling. In doing so, I saw that the SUBJECT PARCELS met some of the above-mentioned indicia for the identification of parcels containing drugs or drug trafficking proceeds. Specifically, the SUBJECT PARCELS were mailed using USPS Priority Mail Express and Priority Mail, and they did not contain business account numbers.

10. On July 3, 2024, I used law enforcement and open-source databases to look up the return and recipient addresses listed on the SUBJECT PARCELS and determined the following:

   a. SUBJECT PARCEL 1 is a USPS Priority Mail parcel bearing tracking label number 9505 5150 6928 4185 8727 43, weighing approximately 11 pounds 8.4 ounces, with a return address of "James Bobak 1140 W Blaine st #203 Riverside,Ca 92507." CLEAR located the address and was unable to associate "James Bobak" to that address. The recipient address listed for SUBJECT PARCEL 1 is "Peter Bobak 2623 w Chicago ave (Apt 1)

6

Chicago, IL 60622." CLEAR located the address and was unable to connect "Peter Bobak" to that address.

  b. SUBJECT PARCEL 2 is a USPS Priority Mail parcel bearing tracking label number 9505 5150 6928 4185 8727 29, weighing approximately 11 pounds 6.4 ounces, with a return address of "James Bobak 1140 W Blaine St #203 Riverside, Ca 92507." CLEAR located the address and was unable to connect "James Bobak" to that address. The recipient address listed for the SUBJECT PARCEL 2 is "Peter Bobak 2623 W Chicago ave (Apt1) Chicago, IL 60622." CLEAR located the address and was unable to connect "Peter Bobak" to that address.

  c. SUBJECT PARCEL 3 is a USPS Priority Mail parcel bearing tracking label number 9505 5150 6928 4185 8726 68, weighing approximately 11 pounds 3.6 ounces, with a return address of "James Jones 1623 University Riverside, Ca 92507." CLEAR was unable to locate the address and USPS postal business records show it being a nonexistent address. The recipient address listed for SUBJECT PARCEL 3 is "Darnell Jones 7239 S Ridgeland (Apt 1) Chicago. IL 60649." CLEAR located the address and was unable to connect "Darnell Jones" to that address.

  d. SUBJECT PARCEL 4 is a USPS Priority Mail parcel bearing tracking label number 9505 5150 6928 4185 8726 82, weighing approximately 10 pounds 13.4 ounces, with a return address of "James Jones 1623 University Riverside, Ca 92507." CLEAR was unable to locate the address and USPS postal business records show it being a nonexistent address. The recipient address listed for SUBJECT PARCEL 4 is "Darnell Jones 7239 S

Ridgeland (Apt 1) Chicago, IL 60649." CLEAR located the address and was unable to connect "Darnell Jones" to that address.

   e. SUBJECT PARCEL 5 is a USPS Priority Mail parcel bearing tracking label number 9505 5150 6928 4185 8726 20, weighing approximately 10 pounds 13.4 ounces, with a return address of "Tommy Smith 3508 Lou Ella LN Riverside, CA 92507." CLEAR located the address and was unable to associate "Tommy Smith" to that address. The recipient address listed for SUBJECT PARCEL 5 is "Jason Smith 7916 S WabasH Apt 2.A Chicago IL, 60619." CLEAR located the address and was unable to connect "Jason Smith" to that address.

   f. SUBJECT PARCEL 6 is a USPS Priority Mail parcel bearing tracking label number 9505 5150 6928 4185 8726 44, weighing approximately 11 pounds 2.6 ounces, with a return address of "Tommy Smith 3508 Lou Ella LN Riverside. CA 92507." CLEAR located the address and was unable to associate "Tommy Smith" to that address. The recipient address listed for SUBJECT PARCEL 6 is "Jason Smith 7916 S WabasH Apt 2.A Chicago Il, 60619." CLEAR located the address and was unable to connect "Jason Smith" to that address.

  **B.** **Drug-Detection Dog Alerts to the SUBJECT PARCELS**

  11. On July 5, 2024, based on the suspicious characteristics of the SUBJECT PARCELS, Riverside Police Department Detective David Bee had his trained narcotics detection dog, "Kilo," examine the exterior of the SUBJECT PARCELS. Attached to my affidavit as Exhibit 1, and incorporated by reference, is a true and correct copy of Officer

Bee's declaration describing "Kilo's" training and history in detecting controlled substances.

12. To examine the SUBJECT PARCELS, I placed them in an area where Detective Bee could perform a canine sniff with "Kilo." Specifically, I placed several parcels in an open courtyard area to include the SUBJECT PARCELS and three parcels that contained no contents within. Detective Bee informed me that "Kilo" gave a positive alert to each of the SUBJECT PARCELS separately, indicating that each of the SUBJECT PARCELS had the presence of controlled substances or other items, such as the proceeds of controlled substances, which have been recently contaminated with the odor of controlled substances.

## V. CONCLUSION

13. For the reasons set forth above, there is probable cause to believe that the SUBJECT PARCELS, as described in Attachment A, contain evidence, fruits, and instrumentalities of violations of the SUBJECT OFFENSES, as described in Attachment B.

Attested to by the applicant in
accordance with the requirements of
Fed. R. Crim. P. 4.1 by telephone
on this ____ day of July 2024.

_____
THE HONORABLE SHERI PYM
UNITED STATES MAGISTRATE JUDGE

**ATTACHMENT A**

PARCELS TO BE SEARCHED

The following six United States Postal Service ("USPS") Priority Mail parcels seized on July 5, 2024, at the San Bernardino Processing and Distribution Center located in Redlands, California, and currently in United States Postal Inspection Service custody:

a. SUBJECT PARCEL 1 is a USPS Priority Mail parcel bearing tracking label number 9505 5150 6928 4185 8727 43, weighing approximately 11 pounds 8.4 ounces, with a return address of "James Bobak 1140 W Blaine st #203 Riverside,Ca 92507." The recipient address listed for SUBJECT PARCEL 1 is "Peter Bobak 2623 w Chicago ave (Apt 1) Chicago, IL 60622."

b. SUBJECT PARCEL 2 a USPS Priority Mail parcel bearing tracking label number 9505 5150 6928 4185 8727 29, weighing approximately 11 pounds 6.4 ounces, with a return address of "James Bobak 1140 W Blaine St #203 Riverside, Ca 92507." The recipient address listed for the SUBJECT PARCEL 2 is "Peter Bobak 2623 W Chicago ave (Apt1) Chicago, IL 60622."

c. SUBJECT PARCEL 3 is a USPS Priority Mail parcel bearing tracking label number 9505 5150 6928 4185 8726 68, weighing approximately 11 pounds 3.6 ounces, with a return address of "James Jones 1623 University Riverside, Ca 92507." The recipient address listed for SUBJECT PARCEL 3 is "Darnell Jones 7239 S Ridgeland (Apt 1) Chicago. IL 60649."

d. SUBJECT PARCEL 4 is a USPS Priority Mail parcel bearing tracking label number 9505 5150 6928 4185 8726 82,

weighing approximately 10 pounds 13.4 ounces, with a return address of "James Jones 1623 University Riverside, Ca 92507." The recipient address listed for SUBJECT PARCEL 4 is "Darnell Jones 7239 S Ridgeland (Apt 1) Chicago, IL 60649."

       e.   SUBJECT PARCEL 5 is a USPS Priority Mail parcel bearing tracking label number 9505 5150 6928 4185 8726 20, weighing approximately 10 pounds 13.4 ounces, with a return address of "Tommy Smith 3508 Lou Ella LN Riverside, CA 92507." The recipient address listed for SUBJECT PARCEL 5 is " Jason Smith 7916 S WabasH Apt 2.A Chicago IL, 60619."

       f.   SUBJECT PARCEL 6 is a USPS Priority Mail parcel bearing tracking label number 9505 5150 6928 4185 8726 44, weighing approximately 11 pounds 2.6 ounces, with a return address of "Tommy Smith 3508 Lou Ella LN Riverside. CA 92507." The recipient address listed for SUBJECT PARCEL 6 is "Jason Smith 7916 S WabasH Apt 2.A Chicago Il, 60619."

**ATTACHMENT B**

<u>ITEMS TO BE SEIZED</u>

The following are to be seized from the parcels described in Attachment A, which constitute evidence, fruits, and instrumentalities of violations of Title 21, United States Code, Sections 841(a)(1) (distribution and possession with intent to distribute a controlled substance); 846 (conspiracy to distribute or possess with intent to distribute a controlled substance); and 843(b) (unlawful use of a communication facility, including the mails, to facilitate the distribution of a controlled substance):

    a.   Any controlled substances, including marijuana; cocaine, methamphetamines, opioids (i.e., fentanyl, etc.);

    b.   Currency, money orders, bank checks, or similar monetary instruments in quantities over $1,000; and

    c.   Parcel wrappings used to conceal items described in (a) and/or (b).

# Exhibit 1

## DECLARATION

I, Detective David Bee, being duly sworn, declare and state: I am a sworn peace officer within the meaning of California Penal Code § 830.1.

## TRAINING AND EXPERIENCE

I am a Task Force Officer (TFO) with the United States Postal Inspection Service (USPIS) and have been so since February 2024. I am currently assigned to the United States Postal Inspection ("USPIS") Los Angeles Division, which is responsible for investigating drug trafficking organizations that use parcels to distribute illegal narcotics and/or narcotics proceeds through the United States Mail.

I attended a three-day training course in February 2024 with USPIS which included training on how to investigate narcotics trafficking via the United States Mail. I have worked closely with USPIS Inspectors since January 2023 and have conducted parcel investigations which have resulted in the arrest of individuals who have received and distributed controlled substances.

Concurrent with my assignment as a TFO with the USPIS, I serve as a full-time sworn law enforcement officer with the Riverside Police Department. I have been a sworn officer since January 2008. I was promoted to detective in August 2019 and assigned to the Narcotics Unit where I currently work. I frequently investigate illicit drug manufacturing,

transportation and trafficking, sales, and other drug-related violations.  I have attended schools for narcotics investigations, including a two-week Narcotics Investigations Course.  I have made hundreds of narcotics-related arrests which were successfully prosecuted.  I routinely work with confidential informants, have purchased illicit drugs in an undercover capacity, and have testified as a drug expert in Riverside Superior Court.

### NARCOTICS K9 TEAM DETECTIVE BEE AND K9 KILO'S TRAINING AND CERTIFICATIONS

In December 2022, I attended a five-week K-9 handler's course taught by Man-K9 Inc. in San Diego, California.  At the conclusion of the course, K-9 "Kilo" (a three-year-old Belgian Malinois) and I were certified as a drug detection K-9 team through Man-K9 Inc. and the State of California's Commission on Peace Officer Standards and Training ("P.O.S.T.").  K-9 Kilo is trained to detect odors of the following controlled substances: methamphetamine, cocaine, heroin, and fentanyl.  Certifications are typically conducted biannually and K-9 Kilo's most recent certification took place on October 18, 2023.  In addition to biannual certifications, K-9 Kilo's reliability and proficiency are tested on a weekly basis by Man-K9 Inc. in a controlled environment.  All certifications and most proficiency assessments are conducted "single blind" (where the expected

result is known to the evaluator, but unknown to the handler). Single blind assessments ensure that the handler cannot cue the dog. All of K-9 Kilo's certifications and training are conducted using real contraband that has been tested and confirmed. K-9 Kilo and I train approximately 20 hours a month in the area of narcotics detection.

On July 5, 2024, Postal Inspector ("P.I.") Jacobs requested K-9 Kilo's assistance in a narcotics parcel investigation. At approximately 2:00 p.m. the same day, I met with P.I. Jacobs at the USPIS office located at 390 W 5th St. in San Bernardino, California.

K-9 Kilo conducted a sniff of the following parcels and gave a positive alert for the presence of an odor he is trained to detect:

#1   United Parcel Service parcel bearing tracking label number: 9505 5150 6928 4185 8727 43.

#2   United Parcel Service parcel bearing tracking label number: 9505 5150 6928 4185 8727 29.

#3   United Parcel Service parcel bearing tracking label number: 9505 5150 6928 4185 8726 68.

#4   United Parcel Service parcel bearing tracking label number: 9505 5150 6928 4185 8726 82

#5   United Parcel Service parcel bearing tracking label number: 9505 5150 6928 4185 8726 20

#6   United Parcel Service parcel bearing tracking label number: 9505 5150 6928 4185 8726 44.



_____

Detective David Bee

Riverside Police Department

USPIS TFO